O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7040 AHM (FFMx) | Date | June 2, 2008 |
|---|---|---|---|
| Title | HANS ROSENFELD, *et al.* v. TWENTIETH CENTURY FOX FILM, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

Defendants have moved to stay discovery in this action pending a ruling on their pending motion for judgment on the pleadings. Since the filing of that motion to stay discovery, the parties have stipulated to a joint scheduling order that would significantly extend all deadlines, including discovery deadlines. The proposed dates are unwarranted at this stage . The Court therefore DENIES the proposed order.[1] In light of the parties' agreement to delay discovery significantly, the Court GRANTS the motion to stay.[2] The Court will set a status conference, if necessary, at the time it rules on the motion for judgment on the pleadings.

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

                                                                                                    :

                                                            Initials of Preparer            SMO

---

[1] Docket No. 51.

[2] Docket No. 36.